1  Tanya E. Moore, Esq., SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Natividad Gutierrez
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 NATIVIDAD GUTIERREZ,                ) No.  1:10-CV-2268-LJO-SMS
                                       )
12          Plaintiff,                 ) **STIPULATION FOR DISMISSAL OF**
                                       ) **ACTION; ORDER**
13      vs.                            )
                                       )
14 B AND R GILL, INC., et al.,         )
                                       )
15          Defendants.                )
                                       )
16                                     )
                                       )
17 _____    )

18

19      IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and

20 Defendants B and R Gill, Inc., dba Johnny Quick #135, and Randeep Singh, the parties to this

21 action, by and through their respective counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

22 the above-captioned action be dismissed with prejudice in its entirety.

   Date: March 28, 2011                     MOORE LAW FIRM, P.C.
23

24

25                                          /s/Tanya E. Moore
                                            Tanya E. Moore
26                                          Attorneys for Plaintiff Natividad Gutierrez

27 /

28 /

Date: March 28, 2011                                    /s/ Bruce A. Neilson
                                                        Bruce A. Neilson, Attorney for Defendants
                                                        B and R Gill, Inc. and Randeep Singh


## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

The clerk is directed to close this action.


IT IS SO ORDERED.

Dated:   **March 28, 2011**            **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

*Gutierrez v. B and R Gill, Inc., et al.*
Stipulation for Dismissal

Page 2